No. 3893.—VARGAS, aplte., v. SUCESIÓN DE J. SERRALLÉS, aplda.—C. D. Ponce. Daños y perjuicios. Abr. 13, 1926. Al escrito de los abogados de ambas partes sometiendo la aprobación de la transcripción de la evidencia a esta Corte Suprema, no ha lugar, no apareciendo que el juez que intervino en el caso haya dejado de o se haya negado a actuar, vista la regla 64 de las de esta corte y la jurisprudencia establecida en los casos de *El Pueblo* v. *Collado,* 33 D.P.R. 118; *El Pueblo* v. *Coll,* 18 D.P.R. 361, y *Pérez* v. *Corte de Distrito de Ponce,* Hon. Angel Acosta Quintero, Juez, 34 D.P.R. 846.

No. 3876.—LEBRÓN GONZÁLEZ, aplda., v. IGLESIAS SILVA, aplte.—C. D. Humacao. Daños y perjuicios. Abr. 14, 1926. No habiéndose presentado en la corte inferior la transcripción de la evidencia para tramitar esta apelación dentro del término concedido; no habiéndose solicitado tampoco prórroga alguna para ello y estando radicado solamente el legajo de la sentencia a virtud de cuyo examen la corte queda convencida de la frivolidad del recurso; se declara la moción con lugar y en su consecuencia se desestima la apelación.

No. 2708.—EL PUEBLO, apldo., v. ESCRIBANO, aplte.—C. D. Arecibo. Portar armas. Abr. 14, 1926. No podemos declarar que la sentencia no está sostenida por la prueba, como alega el apelante en el único motivo de su recurso, pues aunque la prueba fué contradictoria la corte inferior resolvió ese conflicto dando crédito a la declaración de Luis Francisco Jovet según la cual el revólver ocupado al acusado era de éste y no se lo quitó al testigo en una lucha.